# Documents From Superior Court

**Filed**
**D.C. Superior Court**
**04/28/2015 02:45PM**
**Clerk of the Court**

### IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| SHAWN M. SMITH | : | |
| *Individually and on Behalf of the* | : | |
| *General Public* | : | |
| 1532 15th Street NW, Apt. 3 | : | Case No.: **2015 CA 003045 B** |
| Washington, DC 20005 | : | Judge: |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| ABBOTT LABORATORIES | : | |
| d/b/a ABBOTT NUTRITION CO. | : | |
| 100 Abbott Park Road | : | |
| Abbott Park, Illinois 60064-3500 | : | |
| | : | |
| **Serve:** | : | |
| CT Corporation System | : | |
| 1015 15th St., NW | : | |
| Suite 1000 | : | |
| Washington, DC 20005 | : | |
| | : | |
| Defendant. | : | |

### PRIVATE ATTORNEY GENERAL COMPLAINT

**COMES NOW** Plaintiff Shawn M. Smith, *Individually and on Behalf of the General Public*, by and through undersigned counsel, and pursuant to DC Code· §· 28-3905 ("DCCPPA" or "CPPA") makes this Complaint against Defendant Abbott Laboratories ("Abbott"). In support of this Complaint, Plaintiff states the following:

### JURISDICTION

1.     Subject matter jurisdiction of the Court is invoked pursuant to D.C. Code § 28-3905(k)(2) (2013), and by virtue of the fact that all acts and omissions complained of occurred in the District of Columbia.

2.  This Court has personal jurisdiction over each Defendant pursuant to D.C. Code § 13-423(a) and § 13-422.

3.  Venue lies in the Superior Court of the District of Columbia as the cause of action arose in the District of Columbia.

## PARTIES

4.  Plaintiff Shawn M. Smith is an adult resident of the District of Columbia and a member of the general public.

5.  Abbott Laboratories d/b/a Abbott Nutrition Company (hereinafter "Abbott") is a corporation incorporated in the state of Delaware with its principal place of business in Chicago, Illinois, doing business in the District of Columbia.

## BACKGROUND

6.  Each of the preceding paragraphs is incorporated by reference herein.

7.  Defendant Abbott is a global pharmaceutical and nutritional company delivering a number of lines of branded nutritional products including Pedialyte, Ensure and Similac.

8.  Abbott distributes and sells numerous nutritional products under the EAS Sports Nutrition line of products.

9.  Abbott products are sold across the globe including in a variety of retail establishments in the District of Columbia and through the internet.

10. These products are sold and purchased for personal use and consumption in the District of Columbia.

## NON-FUNCTIONAL SLACK-FILL AS A DECEPTIVE PRACTICE

11. Each of the preceding paragraphs is incorporated by reference herein.

12. The container for EAS 100% Whey Protein is completely opaque and the material within the container is completely unable to be viewed by the consumer, such as Shawn M. Smith, without first purchasing and then opening the container.

13. "Slack-fill" is the area of empty space in a consumer bottle or packaging.

14. Non-functional slack-fill is a deceptive practice as it deceives the consumer as to the actual and comparative amount of product being sold in the provided packaging.

15. Packages and their labels should enable consumers to obtain accurate information as to the quantity and quality of the contents and should facilitate value comparisons. When this information is obscured by oversized packaging it is deceptive and allows a person, manufacturer, or retailer to mislead consumers such as Shawn M. Smith.

16. The empty space in these containers serves no function or purpose (hereinafter "non-functional slack fill") other than to mislead consumers such as Shawn M. Smith.

17. The following products, hereinafter the "slack-filled supplements," are deceptive as a result of the fact that they are sold in opaque containers and have a significant amount of non-functional empty space in the package and, as such, a consumer, such as Shawn M. Smith, is deceived.

19. Packages and their labels should enable consumers to make informed purchasing choices and should not be deceptive or misleading in any way.

## PURCHASE

20. Each of the preceding paragraphs is incorporated by reference herein.

21. On April 15, 2015, Plaintiff Shawn M. Smith purchased EAS 100% Whey Protein at 6500 Piney Branch Road N.W., Washington, D.C. 20012

22. This product was sold in a container that was completely opaque.

3

23. This package was sealed and unable to be opened and inspected prior to purchase.

24. Shawn M. Smith purchased these products for testing and evaluation purposes on his behalf and for the general public.

25. Upon opening and inspecting the items, Shawn M. Smith found non-functional slack-fill in the product container.

26. The product's packaging is a deceptive and unlawful trade practice due to the non-functional slack-fill within the packaging.

27. Upon information and belief, Abbott has sold numerous bottles of EAS 100% Whey Protein in the District of Columbia.

## THE INTERESTS OF THE GENERAL PUBLIC

28. Each of the preceding paragraphs is incorporated by reference herein.

29. Upon information and belief, Abbott sells its products in the District of Columbia through a number of distributors and retailers to the general public and through the internet.

30. Abbott has marketed, advertised, and sold EAS 100% Whey Protein directly or indirectly (through its website, and other retail outlets) to the general public of the District of Columbia.

31. The packaging of EAS 100% Whey Protein is inherently deceptive as detailed herein and therefore also contrary to the expectations imparted by Defendant through its representations and omissions to the General Public.

32. Upon information and belief, Defendant has caused injury and adverse effects to the general public of the District of Columbia.

33. Plaintiff acts for the benefit of the General Public as a Private Attorney General for claims in this action arising under the DCCPPA, which expressly authorizes an individual to act

"on behalf of both the individual and the general public ... seeking relief from the use of a trade practice in violation of a law of the District when that trade practice involves consumer goods or services that the individual purchased...." D.C. Code § 28-3905(k)(1)(B).

## UNLAWFUL AND DECEPTIVE TRADE PRACTICE – DC Code § 28-3905
### Count I

34. Each of the preceding paragraphs is incorporated by reference herein.

35. Plaintiff Shawn M. Smith on behalf of himself as an individual and on behalf of the general public files this action pursuant to D.C. Code § 28-3905(k) (2013).

36. The slack-filled product that Shawn M. Smith purchased for the purpose of testing each contained non-functional slack-fill that is an unlawful and deceptive trade practice pursuant to DC Code § 28-3904 in that Defendant:

    a.    Misrepresents a material fact regarding the product's contents that tends to mislead by implying that the product filled the entire package;

    b.    Fails to state a material fact regarding the product's contents that tends to mislead by implying that the product filled the entire package;

    c.    Uses innuendo or ambiguity as to a material fact regarding the product's contents, which has a tendency to mislead by implying that the product filled the entire package;

    d.    Represents that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

e.   Sells consumer goods in a condition or manner not consistent with that warranted by operation of sections 28:2-312 through 318 of the District of Columbia Official Code, or by operation or requirement of federal law;

f.   Otherwise misleads.

37.   Sale of products in such packages is an unlawful and deceptive trade practice under § 28-3904 for materially misleading the consumer as to the amount of product that is being purchased.

38.   These material misrepresentations affect the general public's ability to comparison shop by materially misleading the amount and/or quality of product within the package of the product sold.

39.   The misrepresentation of this material fact has a tendency to mislead by implying that the product filled the entire package.

40.   Defendant intentionally made these misrepresentations knowing that they had the tendency to mislead consumers, such as Shawn M. Smith.

41.   Sale of products in such packages with non-functional slack-fill constitutes an unfair trade practice.

42.   As a result of this unfair and deceptive trade practice, Shawn M. Smith has been injured and seeks the following for himself and on behalf of the general public:

a.   An injunction against Abbott, including that Abbott be barred from producing, manufacturing, packaging or selling its EAS 100% Whey Protein with non-functional slack-fill in the District of Columbia;

    b.  Additional relief to restore to the consumer money which was acquired by means of the unlawful trade practice in the District of Columbia;

    c.  Punitive damages;

    d.  Reasonable Attorney's fees;

    e.  All other statutory relief the court determines proper under D.C. Code § 28–3905(k)(1).

43.    **WHEREFORE**, Plaintiff Shawn M. Smith on behalf of himself as an individual and on behalf of the general public, makes this Complaint for all damages requested above including injunctive relief and all other monetary damages allowed by law believed to be in excess of the jurisdictional amount.

April 27, 2015

Respectfully submitted,

PAULSON & NACE, PLLC

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq., Bar No. 985718
1615 New Hampshire Ave, NW
Washington, DC 20009
jnace@paulsonandnace.com
202-463-1999 (Tel.)
202-223-6824 (Fax)

NIDEL LAW, PLLC

/s/ Christopher T. Nidel
Christopher T. Nidel, Esq., Bar No. 497059
1615 New Hampshire Ave, NW
Washington, DC 20009
chris@nidellaw.com
202-558-2030 (Tel.)

GERMAN RUBENSTEIN LLP


/s/ Steven J. German
Steven J. German, Esq., Bar No. 474949
19 West 44th Street, Suite 1500
New York, NY 10036
Phone: (212) 704 -2020
Facsimile: (212) 704-2077

WHITFIELD BRYSON & MASON LLP


/s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio, Esq.,
Bar No. 484366
1625 Massachusetts Ave. NW l Ste 605
Washington, DC 20036
(202) 429-2290 (Tel.)
(202) 429-2294 (Fax)
nmigliaccio@wbmllp.com


## DEMAND FOR JURY TRIAL

*COMES NOW* Plaintiff, by and through undersigned counsel, and pursuant to Rule 38 of the District of Columbia Superior Court Rules of Civil Procedure, hereby demands trial by jury of all issues in this matter.


Respectfully submitted,

PAULSON & NACE, PLLC


/s/ Jonathan B. Nace
Jonathan B. Nace, Esq., Bar No. 985718
*Counsel for Plaintiff*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

SHAWN M. SMITH
_____
Plaintiff

vs.

Case Number  2015 CA 003045 B

ABBOTT LABORATORIES
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jonathan B. Nace
_____
Name of Plaintiff's Attorney

1615 New Hampshire Ave., Suite 300
_____
Address
Washington, DC 20009

202-463-1999
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____

Date  04/27/2015

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

eso





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                              Demandante

          contra

                                                    Número de Caso: _____

_____
                              Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                        Por: _____
_____
Dirección                                          Subsecretario

_____

                                        Fecha _____
_____
Teléfono

如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                        CASUM.doc

Filed
**D.C. Superior Court**
**06/09/2015 15:04PM**
**Clerk of the Court**

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Shawn M. Smith, ) | |
| Individually and on Behalf of the ) | |
| General Public, ) | Case No. 2015 CA 003045 B |
| ) | |
| *Plaintiff,* ) | The Honorable Judge Michael O'Keefe |
| ) | |
| *v.* ) | Next Event: |
| ) | Initial Conference, |
| Abbott Laboratories ) | July 31, 2015, 9:30 a.m. |
| d/b/a Abbott Nutrition Co., ) | |
| ) | |
| *Defendant.* ) | |

## CONSENT MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to SCR Civ 6, 12-I, and 55(a), Abbott Laboratories, Inc. ("Abbott"), a Delaware Corporation, and Plaintiff Shawn M. Smith jointly move the Court for an extension of time until July 9, 2015, for Abbott to answer the complaint of Plaintiff, move, or otherwise respond to the complaint. This extension is in the amount of thirty-one (31) days from June 8, 2015—the date Abbott would have to answer or plead in response to the complaint under the Superior Court Rules of Civil Procedure. A thirty-one day extension is warranted here because of the nature of the allegations in the complaint and schedules of counsel. Service of process was effected on May 18, 2015, and Abbott Laboratories, Inc. agrees to waive any defense based on improper service of process.

WHEREFORE the parties jointly request that the Superior Court for the District of Columbia enter the attached Consent Order formalizing this extension of time.

June 9, 2015                              Respectfully submitted,

                                          ___ /s/ Jonathan D. Brightbill_
                                          Gregg F. LoCascio, P.C., DC Bar No. 452814
                                          Jonathan D. Brightbill, DC Bar No. 483956
                                          Kirkland & Ellis LLP
                                          655 15th Street, NW, Suite 1200
                                          Washington, DC  20005
                                          Telephone: (202) 879-5000
                                          Facsimile: (202) 879-5200
                                          *Attorneys for Abbott Laboratories, Inc.*

                                          ___ /s/ Jonathan B. Nace_____
                                          Jonathan B. Nace, DC Bar No. 985718
                                          Paulson & Nace, PLLC
                                          1615 New Hampshire Avenue, NW
                                          Washington, DC 20009
                                          Telephone: (202) 463-1999
                                          Facsimile: (202) 223-6824
                                          *Attorney for Plaintiff*

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Shawn M. Smith, )<br>Individually and on Behalf of the )<br>General Public, )<br> )<br>*Plaintiff,* )<br> )<br>*v.* )<br> )<br>Abbott Laboratories )<br>d/b/a Abbott Nutrition Co., )<br> )<br>*Defendant.* )<br> ) | Case No. 2015 CA 003045 B<br><br>The Honorable Judge Michael O'Keefe<br><br>Next Event:<br>Initial Conference,<br>July 31, 2015, 9:30 a.m. |

**POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND
TIME TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND TO THE
COMPLAINT**

In support of this Motion, I refer to:

     1. SCR Civ. 6

     2. SCR Civ. 12-I

     3. SCR Civ. 55(a)

 

                                  */s/ Jonathan D. Brightbill*
                                    Jonathan D. Brightbill

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Shawn M. Smith, <br> Individually and on Behalf of the <br> General Public, <br><br> *Plaintiff,* <br><br> *v.* <br><br> Abbott Laboratories <br> d/b/a Abbott Nutrition Co., <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 2015 CA 003045 B <br><br> The Honorable Judge Michael O'Keefe |

## PROPOSED CONSENT ORDER

Pursuant to a Consent Motion, filed jointly by Plaintiff and Abbott Laboratories, Inc. ("Abbott"), a Delaware Corporation, this Court hereby grants an extension of time until July 9, 2015 for Abbott to answer the complaint of Plaintiff, move, or otherwise respond to the complaint.

IT IS SO ORDERED.

_____                     _____
Date                                          The Honorable Judge Michael O'Keefe

Copies served to:

Jonathan B. Nace
PAULSON & NACE, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009
Telephone: (202) 463-1999
Facsimile: (202) 223-6824

1

Christopher T. Nidel
NIDEL LAW, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009
Telephone: (202) 558-2030

Steven J. German
GERMAN RUBENSTEIN LLP
19 West 44th Street
Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
Facsimile: (212) 704-2077

Nicholas A. Migliaccio
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

COUNSEL FOR PLAINTIFF
*Shawn M. Smith*

Gregg F. LoCascio, P.C.
Jonathan D. Brightbill
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

COUNSEL FOR DEFENDANT ABBOTT LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for plaintiff by electronic email on June 9, 2015.


*/s/ Jonathan D. Brightbill*
Jonathan D. Brightbill

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Shawn M. Smith, <br> Individually and on Behalf of the <br> General Public, <br><br> *Plaintiff,* <br><br> *v.* <br><br> Abbott Laboratories <br> d/b/a Abbott Nutrition Co., <br><br> *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2015 CA 003045 B

The Honorable Judge Michael O'Keefe

## RULE 7.1 DISCLOSURE STATEMENT FOR ABBOTT LABORATORIES, INC.

Pursuant to SCR Civ 7.1, Abbott Laboratories, Inc., a Delaware Corporation, by and through its undersigned counsel, provides the following information regarding its corporate affiliations.

Abbott Laboratories, Inc. is a wholly owned subsidiary of Abbott Laboratories. Abbott Laboratories is a publicly traded company that has no parent corporation and no publicly held corporation owns 10% or more of Abbott Laboratories' stock.

1

June 9, 2015                                        Respectfully submitted,

                                                   ____/s/ Jonathan D. Brightbill____
                                                   Gregg F. LoCascio, P.C., DC Bar No. 452814
                                                   Jonathan D. Brightbill, DC Bar No. 483956
                                                   Kirkland & Ellis LLP
                                                   655 15th Street, NW, Suite 1200
                                                   Washington, DC  20005
                                                   Telephone: (202) 879-5000
                                                   Facsimile: (202) 879-5200
                                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for plaintiff by electronic email on June 9, 2015.


*/s/ Jonathan D. Brightbill*

Jonathan D. Brightbill

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**SHAWN M. SMITH,**                                          :
                                                            :
**Plaintiff,**                                       :        **Case No. 2015 CA 3045 B**
**v.**                                                      :        **Judge Michael O'Keefe**
                                                            :
**ABBOTT LABORATORIES d/b/a**                               :
**ABBOTT NUTRITION CO.,**                                   :
                                                            :
**Defendant.**                                       :
_____            :

**<u>ORDER</u>**

Upon consideration of the parties Consent Motion to Extend Time to Answer the Complaint or Otherwise Respond or Otherwise Respond to the Complaint, filed June 9th, 2015, and the agreement of all parties, it is on this 12th day of June 2015, hereby

ORDERED that the motion is GRANTED and Defendant has thirty-one days from June 8, 2015 to respond to the complaint.

_____
Michael O'Keefe
Judge, D.C. Superior Court


Copies to counsel via e-serve

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Shawn M. Smith,<br>Individually and on Behalf of the<br>General Public, | )<br>)<br>)<br>)    Case No. 2015 CA 003045 B |
| | ) |
| *Plaintiff,* | )    The Honorable Judge Michael O'Keefe |
| | ) |
| *v.* | )    Next Event:<br>)    Initial Conference, |
| Abbott Laboratories<br>d/b/a Abbott Nutrition Co., | )    July 31, 2015, 9:30 a.m.<br>)<br>) |
| | ) |
| *Defendant.* | )<br>) |

### CONSENT MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to SCR Civ 6, 12-I, and 55(a), Abbott Laboratories, Inc. ("Abbott"), a Delaware Corporation, and Plaintiff Shawn M. Smith jointly move the Court for a further extension of time until August 7, 2015, for Abbott to answer the complaint of Plaintiff, move, or otherwise respond to the complaint.  On June 12, 2015, the Court issued an order granting a consent motion to extend the time to answer or otherwise respond to the complaint until July 9, 2015.  An extension until August 7, 2015 would be in the amount of twenty-nine (29) days from the deadline set out in the Court's June 12, 2015 order.  An additional twenty-nine day extension is warranted here because of the nature of the allegations in the complaint, discussions of the parties, and schedules of counsel.

WHEREFORE the parties jointly request that the Superior Court for the District of Columbia enter the attached Consent Order formalizing this extension of time.

1

June 26, 2015

Respectfully submitted,

_____/s/ Jonathan D. Brightbill_____
Gregg F. LoCascio, P.C., DC Bar No. 452814
Jonathan D. Brightbill, DC Bar No. 483956
Kirkland & Ellis LLP
655 15th Street, NW, Suite 1200
Washington, DC  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
*Attorneys for Abbott Laboratories, Inc.*

_____/s/ Jonathan B. Nace_____
Jonathan B. Nace, DC Bar No. 985718
Paulson & Nace, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009
Telephone: (202) 463-1999
Facsimile: (202) 223-6824
*Attorney for Plaintiff*

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| Shawn M. Smith,<br>Individually and on Behalf of the<br>General Public,<br><br>*Plaintiff,*<br><br>*v.*<br><br>Abbott Laboratories<br>d/b/a Abbott Nutrition Co.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2015 CA 003045 B

The Honorable Judge Michael O'Keefe

Next Event:
Initial Conference,
July 31, 2015, 9:30 a.m.

**POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT OR OTHERWISE RESPOND TO THE COMPLAINT**

In support of this Motion, I refer to:

1. SCR Civ. 6

2. SCR Civ. 12-I

3. SCR Civ. 55(a)

*/s/ Jonathan D. Brightbill*
Jonathan D. Brightbill

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| Shawn M. Smith, <br> Individually and on Behalf of the <br> General Public, <br><br> *Plaintiff*, <br><br> *v.* <br><br> Abbott Laboratories <br> d/b/a Abbott Nutrition Co., <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2015 CA 003045 B <br> ) <br> ) The Honorable Judge Michael O'Keefe <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED CONSENT ORDER**

Pursuant to a Consent Motion, filed jointly by Plaintiff and Abbott Laboratories, Inc. ("Abbott"), a Delaware Corporation, this Court hereby grants an extension of time until August 7, 2015 for Abbott to answer the complaint of Plaintiff, move, or otherwise respond to the complaint.

IT IS SO ORDERED.

_____                    _____
Date                                                        The Honorable Judge Michael O'Keefe


Copies served to:

Jonathan B. Nace
PAULSON & NACE, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009
Telephone: (202) 463-1999
Facsimile: (202) 223-6824

4

Christopher T. Nidel
NIDEL LAW, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009
Telephone: (202) 558-2030

Steven J. German
GERMAN RUBENSTEIN LLP
19 West 44th Street
Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
Facsimile: (212) 704-2077

Nicholas A. Migliaccio
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

COUNSEL FOR PLAINTIFF
*Shawn M. Smith*


Gregg F. LoCascio, P.C.
Jonathan D. Brightbill
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

COUNSEL FOR ABBOTT LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for plaintiff by electronic email on June 26, 2015.


_____*/s/ Jonathan D. Brightbill*_____
Jonathan D. Brightbill

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **SHAWN M. SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | **2015 CA 003945 B** |
| **v.** | : | **Judge Michael O'Keefe** |
| | : | |
| **ABBOTT LABORATORIES CO.,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer the Complaint or Otherwise Respond to the Complaint, filed June 26, 2015, and good cause having been shown, it is on this 8th day of July 2015, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant has until August 6, 2015 to answer or otherwise respond to the complaint.

_____
Michael O'Keefe
Judge, D.C. Superior Court

Copies to counsel via e-serve